IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD A. BATTISTE,

    Plaintiff,                       No. CIV S-09-3511 GGH P

    vs.

WARDEN JAMES WALKER, et al.,

    Defendants.             <u>ORDER</u>

_____/

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned. See docket # 6, filed on December 29, 2009. By order filed April 5, 2010, plaintiff's claims against certain defendants were dismissed with leave to file an amended complaint. Plaintiff has not filed an amended complaint and, by separate order, the court has found one defendant appropriate for service.

    IT IS ORDERED that for the reasons set forth in the April 5, 2010, order, defendants California State Prison - Sacramento and the unnamed 2nd watch housing sergeant are dismissed from this action.

DATED: June 4, 2010             /s/ Gregory G. Hollows

                                         UNITED STATES MAGISTRATE JUDGE

GGH:009
batt3511.ord