**Cases in which all plaintiffs or defendants are proceeding in propria persona are referred to the magistrate judge for full pre-trial management.  Local Rule 302(c)(21).   All dispositive and non-dispositive motions and matters should be noticed before the <u>magistrate judge</u>.**

<u>ORDER REQUIRING TIMELY SERVICE AND JOINT STATUS REPORT</u>

Case No: **CIV-S-09-3511 GGH P**

Case Name: **Edward A. Battiste v. Warden James Walker, et al.**

This action has been assigned to  Magistrate Judge Gregory G. Hollows

Pursuant to Fed. R. Civ. P. 16, <u>IT IS ORDERED THAT:</u>

1. Service of process shall be completed within one hundred twenty (120) days.

2. Plaintiffs shall serve a copy of this Order concurrently with service of process, and file with the Clerk a certificate of such service.  Any party removing this action from state court shall immediately serve upon each of the other parties a copy of this Order, and file with the Clerk a certificate of such service.

3. Within 30 days after any defendant *answers*, the parties shall confer in person about the automatic disclosures required by Fed. R. Civ. P. 26.  Thereafter, within 14 days, the parties shall submit a joint status report.  The report should briefly describe the case and address:

> (a) Progress in serving process;
> (b) Possible joinder of additional parties;
> (c) Expected or desired amendment of pleadings;
> (d) Jurisdiction and venue;
> (e) Anticipated motions and their scheduling;
> (f) The report required by Rule 26 outlining the
>     proposed discovery plan and its scheduling,
>     including disclosure of expert witnesses;
> (g) Cut-off dates for discovery and law and motion, and
>     dates for  pretrial conference and trial;
> (h) Special procedures, if any;
> (i)  Estimated trial time;
> (j)  Modification of standard pretrial procedures due
>     to the simplicity or complexity of the proceedings;
> (k) Whether the case is related to any other case, including bankruptcy;
> (l) Whether a settlement conference should be scheduled;
> (m) Any other matters that may add to the just and expeditious

disposition of this matter.

4.  Upon reviewing the joint status report, the Court may:

(a) Issue a scheduling order; or
(b) Set a status conference.

5.  Failing to obey federal or local rules, or orders of this court, may result in dismissal of this action.  Even though the court will construe pro se pleadings liberally, pro se litigants must comply with procedural rules.

6.  The parties may consent to have this case before the assigned magistrate judge for all purposes.  See 28 U.S.C. § 636(c).  A consent form is attached.  Any party who consents should complete the form and return it to the Clerk.  Unless all parties have consented, no judge will be notified that a consent form has been filed.


Dated: June 4, 2010                     /s/ Gregory G. Hollows
                                        U.S. MAGISTRATE JUDGE